**Order entered July 9, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00242-CV**

**IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN**

**No. 05-21-00360-CV**

**MOLLY WILKERSON, Appellant**

**V.**

**MARK MALDONADO, Appellee**

**No. 05-21-00373-CV**

**IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-53554-2020, 366-51795-2021, and 366-50778-2021**

**ORDER**

On July 7, 2021, the court reporter filed the reporter's record of the hearing held on June 25, 2021 to determine whether appellant is indigent and entitled to a free reporter's record in the above-listed appeals. At the conclusion of the hearing,

the trial court found that appellant is not indigent. The record before the Court, however, does not include a signed order with detailed findings supporting the trial court's ruling. *See* TEX. R. CIV. P. 145(f)(2). Accordingly, we **ORDER** Collin County District Clerk Lynne Finley to file, **within twenty days** of the date of this order, a supplemental clerk's record with the trial court's signed order with detailed findings supporting its ruling that appellant is not indigent.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Thomas Nowak, Presiding Judge of the 366th Judicial District Court; Ms. Finley; Antoinette Varela, Official Court Reporter for the 366th Judicial District Court; and, all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE